United States District Court
Southern District of Texas
**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JEFFREY W. TERRY, et al<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY, CBI SERVICES, INC., CB&I CONSTRUCTION SERVICES, LLC, CB&I SERVICES, LLC, and STONE & WEBSTER SERVICES, LLC. | CASE NO.: 4:17-cv-00367 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Approval of Settlement and Dismissal of Claims with Prejudice, and having reviewed the Motion and exhibits in support, and finding there to be a *bona fide* dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause, it is hereby **ORDERED** that the Motion is **GRANTED**.

1. IT IS FURTHER ORDERED that the settlement is approved, including all terms set forth in the Settlement Agreement.

2. It is further ORDERED that the case is dismissed with prejudice. The Court retains jurisdiction to enforce the Settlement Agreement.

SIGNED on this __22nd__ day of _____September_____, 2022 at Houston, Texas.

_____
United States District Judge